JUDGE SAND

**07 CIV 9908**

CHALOS, O'CONNOR & DUFFY LLP
Attorneys for Plaintiff,
BRAVE BULK TRANSPORT LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BRAVE BULK TRANSPORT LTD.
                Plaintiff,

        v.

THE TRADE MINISTRY OF THE REPUBLIC
OF IRAQ and THE GRAIN BOARD OF IRAQ,
                Defendants.
------------------------------------------------------------x

07 CIV.

**RULE 7.1 STATEMENT**

[Stamp: NOV 0 9 2007 U.S.D.C. S.D.N.Y. CASHIERS]

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff BRAVE BULK TRANSPORT LTD., certifies that there are no corporate parents, or related companies, which are publicly held in the United States.

Dated: Port Washington, New York
       November 9, 2007

                              CHALOS, O'CONNOR & DUFFY, LLP
                              Attorneys for Plaintiff
                              BRAVE BULK TRANSPORT LTD.

By: _____
                              Owen F. Duffy (OD-3144)
                              George E. Murray (GM-4172)
                              366 Main Street
                              Port Washington, New York 11050
                              Tel: (516) 767-3600 / Fax: (516) 767-3605