CHALOS, O'CONNOR & DUFFY LLP
Attorneys for Plaintiff,
BRAVE BULK TRANSPORT LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BRAVE BULK TRANSPORT LTD.
                Plaintiff,

                v.

THE TRADE MINISTRY OF THE REPUBLIC
OF IRAQ and THE GRAIN BOARD OF IRAQ,
                Defendants.
------------------------------------------------------------x

07 CIV. 9908 (LBS)

**ATTORNEYS DECLARATION FOR APPOINTMENT OF SPECIAL PROCESS SERVER**

      Pursuant to 28 U.S.C. § 1746, OWEN F. DUFFY, Esq., declares under the penalty of perjury:

      1.    I am associated with the firm of Chalos, O'Connor & Duffy, representing Plaintiff BRAVE BULK TRANSPORT LTD. (hereinafter "BRAVE BULK"), in this case.

      2.    I am fully familiar with the matters set forth in this declaration, which is submitted in support of Plaintiff's application pursuant to Rule 4(c) of the Federal Rules of Civil Procedure for an Order appointing any associate or paralegal or agent of Chalos, O'Connor & Duffy LLP, in addition to the United States Marshall, to serve a Process of Maritime Attachment and Garnishment on the garnishees listed therein, together with possible other garnishees.

      3.    The associates or paralegals or agents with the firm of Chalos, O'Connor & Duffy LLP, who will be so designated, are over 18 years of age, and are not a party to this action.

      4.    Plaintiff is desirous of serving the Process of Maritime Attachment and Garnishment on the garnishees with all deliberate speed so that it will be fully protected against the possibility of

not being able to satisfy any arbitration award and/or judgment that may ultimately be obtained by Plaintiff against the Defendants THE TRADE MINISTRY OF THE REPUBLIC OF IRAQ and THE GRAIN BOARD OF IRAQ.

5. For the foregoing reasons, I respectfully request that this Court appoint said associates, paralegals or agents of Chalos, O'Connor & Duffy LLP to serve the Process of Maritime Attachment and Garnishment upon the Garnishees listed in the Process, and any other garnishee(s) who we may learn about in the future that hold assets of the Defendant.

6. No previous application for this or similar relief has been made.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Port Washington, New York
November 8, 2007

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
BRAVE BULK TRANSPORT LTD.

By: _____
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605