CHALOS, O'CONNOR & DUFFY LLP
Attorneys for Plaintiff,
BRAVE BULK TRANSPORT LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BRAVE BULK TRANSPORT LTD.
      Plaintiff,

   v.

THE TRADE MINISTRY OF THE REPUBLIC
OF IRAQ and THE GRAIN BOARD OF IRAQ,
      Defendants.
-----------------------------------------------------------x

07 CIV. 9908 (LBS)

**ATTORNEYS DECLARATION THAT DEFENDANTS CANNOT BE FOUND WITHIN THE DISTRICT**

  Pursuant to 28 U.S.C. § 1746, OWEN F. DUFFY, Esq., declares under the penalty of perjury:

  1. I am associated with the firm of Chalos, O'Connor & Duffy, representing Plaintiff BRAVE BULK TRANSPORT LTD.. (hereinafter "BRAVE BULK"), in this case.

  2. This declaration is executed by the attorney for the Plaintiff BRAVE BULK, in order to secure the issuance of a Summons and Process of Attachment and Garnishment in the above-entitled, *in personam*, Admiralty action.

  3. I have personally inquired, or have directed inquiries, into the presence of Defendants THE TRADE MINISTRY OF THE REPUBLIC OF IRAQ and THE GRAIN BOARD OF IRAQ in this District.

  4. I have personally checked with the office of the Secretary of State of the State of New York, using the Department of State, Division of Corporation's Corporation and Business

Entity Database and determined that, as of November 8, 2007, that neither THE TRADE MINISTRY OF THE REPUBLIC OF IRAQ and THE GRAIN BOARD OF IRAQ are incorporated pursuant to the laws of New York, qualified to conduct business within the State of New York and has not nominated agents for the service of process within New York because the Division of Corporation has no records for the Defendants.

5. I have inquired of Verizon Telephone Company as to whether the Defendants are located within this District and confirmed that the Defendants do not have any telephone number listings within this District.

6. I have further consulted with telephone directories on the internet, and I have found no separate telephone listing or address for the Defendants within this District.

7. I have further made several searches on the internet with various search engines and maritime websites, and I have found no indication that the Defendants can be found within this District.

8. I have been able to determine that the Defendants have offices in Iraq, and possibly elsewhere. I have found no indication that any of the Defendants can be found within this District. As such, I have formed a good faith belief that the Defendants do not have sufficient contacts or business activities within this District to defeat a maritime attachment under Rule B.

9. It is my belief that, based upon my own investigation, the Defendants cannot be found within this District for the purposes of Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Port Washington, New York
       November 8, 2007

By: _____

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
BRAVE BULK TRANSPORT LTD.

Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605