CHALOS, O'CONNOR & DUFFY LLP
Attorneys for Plaintiff,
BRAVE BULK TRANSPORT LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BRAVE BULK TRANSPORT LTD.,            :
                Plaintiff,            :
                                  :   07 CIV. 9908 (LBS)
        v.                                        :
                                  :   **NOTICE OF APPEARANCE**
THE TRADE MINISTRY OF THE REPUBLIC   :
OF IRAQ and THE GRAIN BOARD OF IRAQ, :
                Defendants.          :
-----------------------------------------------------------x

       PLEASE TAKE NOTICE, that Owen F. Duffy of Chalos O'Connor & Duffy LLP hereby enters an appearance on behalf of Plaintiff, BRAVE BULK TRANSPORT LTD.

Dated: Port Washington, New York
       November _16_ 2007

                                            CHALOS O'CONNOR & DUFFY
                                            Attorneys for Plaintiff
                                            BRAVE BULK TRANSPORT LTD.

         By:       _/s/ Owen F. Duffy_
                              Owen F. Duffy (OD-3144)
                              George E. Murray (GM-4172)
                              366 Main Street
                              Port Washington, New York 11050
                              Tel:     516-767-3600
                              Telefax: 516-767-3605
                              Email: ofd@codus-law.com